JINKINSON *v.* LAKE COUNTY CRIMINAL COURT.

[No. 0-553. Filed April 3, 1959.]

*Richard Jinkinson, pro se.*

*Edwin K. Steers,* Attorney General, and *John A. Pushor,* Deputy Attorney General, for respondent.

PER CURIAM—Relator asks that a writ of mandate issue for the respondent to show cause why he should not hear and determine a petition for error coram nobis, which proceedings were pending in the Lake Criminal Court.

It now being shown to this court that said proceedings have been held and fully adjudicated, the subject of the petition is now considered moot and the same is dismissed.

NOTE.—Reported in 157 N. E. 2d 287.